**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01618-CV

### HENRY S. MILLER BROKERAGE, LLC, Appellant

### V.

### RUTH MAE SANDERS, Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-14901**

## ORDER

We **GRANT** appellant's March 26, 2015 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on March 26, 2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE